# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

---

**United States of America,**

        **Plaintiff,**

   **-v-**

**United States of America,**        Case Number: 5:07cv435(FJS/GJD)

        **Defendant.**

---

    [X]  Decision by Court.  This action came to trial or hearing before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** pursuant to the Stipulation Settlement Agreement and Order of Forfeiture, signed by the parties, the sum of $30,000.00 in United States currency is forfeited to the United States of America, and it is further

    **ORDERED AND ADJUDGED,** that the United States Marshals Service for the Northern District of New York will be directed to dispose of the $30,000.00 in United States currency in accordance with law, and it is further

    **ORDERED AND ADJUDGED,** that the sum of $7,750.00 in United States currency shall be returned to the claimant, Allan F. Terrance, by and through his attorney, H. Dana VanHee, Esq., and it is further,

    **ORDERED AND ADJUDGED,** that each side bear its own costs.

    All of the above pursuant to the Stipulation Settlement Agreement and Order of Forfeiture dated May 2, 2008, by United States Magistrate Judge, Gustave J. DiBianco. Dated: May 2, 2008.

Dated: May 2, 2008        Lawrence K. Baerman, Clerk

*Lawrence K. Baerman*
Clerk of Court

        By:  Marie N. Marra

        Deputy Clerk